# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD LAWRENCE MORTENSEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73186

**FILED**

AUG 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion for production of documents, files, paper, pleadings and tangible property of defendant." Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Jennifer P. Togliatti, District Judge
Ronald Lawrence Mortensen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-28473